**WILLKIE FARR & GALLAGHER LLP**
LAURA LEIGH GEIST (SBN 180826)
lgeist@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel.: (415) 858-7400

SAMEER NITANAND ADVANI (*pro hac vice*)
sadvani@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel.: (212) 728-8587

Attorneys for Defendants
VICTORY CAPITAL MANAGEMENT INC. and
NECICF II GP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACUNA SUSTAINABLE INVESTMENTS, LLC; LACUNA SUSTAINABLE PARTNERS, LLC; LACUNA PROJECT INVESTMENTS, LLC; LACUNA PROJECT INVESTMENTS II, LLC.<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK FOX; BENNETT COLLIER; VICTORY CAPITAL MANAGEMENT, INC.; CURT WHITTAKER; RATH, YOUNG, AND PIGNATELLI, P.C.; NECICF II GP, LLC; MARK LERDAL; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-7705<br><br>**DEFENDANTS VICTORY CAPITAL MANAGEMENT INC. AND NECICF II GP, LLC'S ADMINISTRATIVE MOTION FOR RELIEF FOR *PRO HAC VICE* COUNSEL SAMEER NITANAND ADVANI TO APPEAR REMOTELY BY ZOOM AT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON MARCH 20, 2025**<br><br>Date:   March 20, 2025<br>Time:   2:00 PM<br>Ctrm:   10, 19th Floor - San Francisco<br>Judge:  Hon. Araceli Martínez Olguín |

Pursuant to the Pursuant to Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, Counsel for Defendants Victory Capital Management Inc. ("Victory") and NECICF II GP, LLC (together, "Moving Defendants") respectfully request permission to appear remotely by Zoom at the scheduled hearing on Plaintiffs' Motion for Preliminary Injunction in this matter on March 20, 2025 at 2:00 PM.

Moving Defendants' *pro hac vice* counsel, Sameer Nitanand Advani, will be in Washington, D.C., on firm business and will not be able to be present in California on March 20, 2025. However, Moving Defendants' counsel, Laura Leigh Geist, will be appearing in person for the Hearing. Therefore, counsel respectfully request that Sameer Nitanand Advani be permitted to appear via Zoom video conference at the Hearing on March 20, 2025. A proposed order granting this request is submitted herewith.

Dated: March 13, 2025

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:  */s/ Laura Leigh Geist*
     Laura Leigh Geist

Laura Leigh Geist (SBN 180826)
333 Bush Street
San Francisco, CA 94104

Sameer Nitanand Advani (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099

Attorneys for Defendants
VICTORY CAPITAL MANAGEMENT INC.
and NECICF II GP, LLC