1  **WILLKIE FARR & GALLAGHER LLP**
   LAURA LEIGH GEIST (SBN 180826)
2  lgeist@willkie.com
   333 Bush Street, 34th Floor
3  San Francisco, CA 94104
   Tel.: (415) 858-7400
4
5  SAMEER NITANAND ADVANI (*pro hac vice*)
   sadvani@willkie.com
6  787 Seventh Avenue
   New York, NY 10019-6099
7  Tel.: (212) 728-8587

8  Attorneys for Defendants
   VICTORY CAPITAL MANAGEMENT, INC. and
9  NECICF II GP, LLC

10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  LACUNA SUSTAINABLE INVESTMENTS, LLC; LACUNA SUSTAINABLE PARTNERS, LLC; LACUNA PROJECT INVESTMENTS, LLC; LACUNA PROJECT INVESTMENTS II, LLC. | Case No. 3:24-cv-7705 |
| 17  Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS VICTORY CAPITAL MANAGEMENT INC. AND NECICF II GP, LLC'S ADMINISTRATIVE MOTION FOR RELIEF FOR *PRO HAC VICE* COUNSEL SAMEER NITANAND ADVANI TO APPEAR REMOTELY BY ZOOM AT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON MARCH 20, 2025** |
| 18  vs. | |
| 19  PATRICK FOX; BENNETT COLLIER; VICTORY CAPITAL MANAGEMENT, INC.; CURT WHITTAKER; RATH, YOUNG, AND PIGNATELLI, P.C.; NECICF II GP, LLC; MARK LERDAL; and DOES 1-10, inclusive, | |
| Defendants. | Date: March 20, 2025<br>Time: 2:00 PM<br>Ctrm: 10, 19th Floor- San Francisco<br>Judge: Hon. Araceli Martínez Olguín |

Pursuant to Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, Defendants Victory Capital Management Inc. ("Victory") and NECICF II GP, LLC's Administrative Motion for Relief for *Pro Hac Vice* Counsel, Sameer Nitanand Advani, to Appear Remotely by Zoom at the Hearing on Plaintiffs' Motion for Preliminary Injunction on March 20, 2025 is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____, 2025

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE